Paul B. Brickfield, Esq.
Brickfield & Donahue
70 Grand Avenue
River Edge, New Jersey 07661
(201) 488-7707
Attorneys for Defendant Yuan Li

**RECEIVED**

**MAY - 7 2012**

AT 8:30_____M
WILLIAM T. WALSH CLERK

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YUAN LI,<br><br>Defendant. | Cr. No.: 12-34 (JAP)<br><br><br>**CONSENT ORDER** |

Yuan Li, by her attorney Paul B. Brickfield, Esq. of Brickfield & Donahue, having

moved this Court for an Order directing that the $150,000.00 cash bail posted by John

Tang, Esq. through his attorney trust account check in his capacity as attorney for Yuan

Li, shall after sentencing in this matter, be paid to Paul B. Brickfield, P.C. attorney trust

account, and for good and sufficient cause shown;

IT IS HEREBY ORDERED this __3d__ day of __May__ 2012 that the $150,000.00

cash posted in connection with the Order Setting Conditions of Release dated July 15,

2011 shall be paid by the Clerk of the United States District Court for the District of

New Jersey after sentencing to the Paul B. Brickfield, P.C. attorney trust account for

return to the appropriate parties.

_____
Honorable Joel A. Pisano, U.S.D.J.

Consented to:

_____
John Tang, Esq.

_____
Paul B. Brickfield, Esq.

2